IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICE LEWIS,

    Petitioner,                         No. CIV S-11-2018 DAD P

    vs.

M.D. McDONALD,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a request for a stay and abeyance. Although petitioner has not filed a petition for a writ of habeas corpus to challenge his state conviction, the filing fee or an in forma pauperis application, it is clear that petitioner is attempting to file a timely federal habeas action pursuant to 28 U.S.C. § 2254. It also appears that the judgment of conviction that petitioner seeks to challenge in these proceedings was entered against him in the Napa County Superior Court.

        While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's habeas action are more readily available in Napa County which lies within the United States District Court for the Northern District of California. Id. at 499 n.15; 28 U.S.C. § 2241(d).

1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2   matter is transferred to the United States District Court for the Northern District of California.
3   DATED: August 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lew2018.108